# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

**Request for Modifying the Conditions or Term of Supervision
from the Person Under Supervision**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| **Person Under Supervision**<br>Ricardo Castellanos | **Docket Number**<br>0971 5:20CR00312-001 EJD |

**Name of Sentencing Judge:**   The Honorable Lawrence J. O'Neill
United States District Judge
Eastern District of California

**Date of Original Sentence:**   February 11, 2019

**Original Offense**
Count One: Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** 60 months probation
**Special Conditions:** search by United States Probation Officer; drug and alcohol testing and treatment; no alcohol; mental health treatment; 100 hours of community service; no association with any known members of the Fresno Bulldogs or any other gang

**Prior Form(s) 12:** None.

On July 30, 2020, jurisdiction of this case was accepted by the Northern District of California and assigned to Your Honor.

| | |
|---|---|
| **Type of Supervision**<br>Probation | **Date Supervision Commenced**<br>February 11, 2019 |
| **Assistant U.S. Attorney**<br>Unassigned | **Defense Counsel**<br>Unassigned |

### Petitioning the Court

To modify the conditions of Probation as follows:

You must successfully complete the First Offender DUI Program at the direction of the Probation Officer.

RE:  Castellanos, Ricardo 2
0971 5:20CR00312-001 EJD

**Cause**

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe that the person under supervision violated the mandatory condition that states, you must not commit another Federal, state or local crime. |

    On July 4, 2020, Castellanos was in violation of California Vehicle Code Section 23152(a)- Driving Under the Influence, a misdemeanor; and California Vehicle Code Section 23152(b)- Driving With Blood Alcohol Content of 0.08 Percent or Higher, a misdemeanor.

    Specifically, on July 4, 2020, Castellanos was pulled over by the California Highway Patrol (CHP) in Fresno, California. He was cited for the above-mentioned violations.

    Castellanos has a hearing set in the Fresno Superior Court on November 11, 2020.

    Evidence in support of this charge includes citation number JV71193 issued by the CHP dated July 4, 2020.

| Charge Number | Violation |
| --- | --- |
| Two | There is probable cause to believe that the person under supervision violated the mandatory condition that states, you must refrain from any unlawful use of a controlled substance. |

    Castellanos admitted to using marijuana on July 4, 2020.

    Specifically, on July 4, 2020, Castellanos got into an argument with his wife. He admitted to purchasing and smoking a marijuana joint.

    Evidence in support of this charge is contained within the chronological entries maintained by the probation office dated July 6, 2020.

| Charge Number | Violation |
| --- | --- |
| Three | There is probable cause to believe that the person under supervision violated special condition number four that states, in part, you shall abstain from the use of alcoholic beverages. |

    Castellanos admitted to consuming alcohol on July 4, 2020.

    Specifically, on July 4, 2020, Castellanos got into an argument with his wife. He admitted to drinking alcohol. As reflected in Charge One of

RE:   Castellanos, Ricardo                                                                                                                           3
      0971 5:20CR00312-001 EJD

> this petition, Castellanos was later cited for Driving Under the Influence and Driving with Blood Alcohol Content of 0.08 Percent or Higher.
>
> Evidence in support of this charge is contained within the chronological entries maintained by the probation office dated July 6, 2020 and the citation issued by the CHP dated July 4, 2020.

| Charge Number | Violation |
|---|---|
| Four | There is probable cause to believe that the person under supervision violated standard condition number three that states, you must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.<br><br>Castellanos admitted to traveling to the Eastern District of California on July 4, 2020, without permission from the Court or the probation officer.<br><br>Specifically, Castellanos admitted to traveling to Fresno, California on July 4, 2020 to visit his family. Castellanos did not have permission from the Court or the probation officer to travel to Fresno, where he was ultimately cited for driving under the influence.<br><br>Evidence in support of this charge is contained within the chronological entry maintained by the probation office dated July 6, 2020. |

Respectfully submitted,                                           Reviewed by:

*Alex Gerstel*                                                         *Aaron Tam*

Alex Gerstel                                                              Aaron Tam
U.S. Probation Officer                                             Supervisory U.S. Probation Officer
Date Signed: August 17, 2020

**RE:**   Castellanos, Ricardo  4
         0971 5:20CR00312-001 EJD

---

THE COURT ORDERS:

☑   To modify the conditions of probation as follows:

   You must successfully complete the First Offender DUI Program at the direction of the Probation Officer.

☐   Submit a request for a warrant

☐   Submit a request for summons

☐   Other:


August 18, 2020
Date

Edward J. Davila
United States District Judge

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Ricardo Castellanos
Docket No.: 0971 5:20CR00312-001 EJD

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must successfully complete the First Offender DUI Program at the direction of the Probation Officer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Francisco.

Signed: _____  Date: 8/13/20
Probationer or Supervised Releasee

Witness: Alex Gerstel  Date: 8/14/20

NDC-SUPV-FORM-049 09/01/20