CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7034
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00312 SI (SK) |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| RICARDO CASTELLANOS, | |
| Defendant. | |

This matter came before the Court on January 26, 2026, for an initial appearance and detention hearing on the Third Amended Petition for Warrant for Person Under Supervision for the above-referenced defendant in this case. The defendant was present and represented by First Assistant Federal Public Defender Candis Mitchell. Assistant U.S. Attorney Christiaan Highsmith appeared for the government. U.S. Probation Officer Specialist Alex Gerstel appeared for the Probation Office. The government and the Probation Office moved for detention. The defendant opposed. At the hearing, counsel and Probation Officer Gerstel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that in light of the allegation of a supervised release violation the defendant has not presented clear and convincing evidence that the defendant will not flee or pose a danger to any

other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). Accordingly, the defendant must be detained for the pending proceedings regarding the alleged supervised release violations.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant presents a risk of non-appearance and flight because he absconded from supervision for a significant period of time and repeatedly failed to notify the Probation Office about his residence and whereabouts. The record also reflects that the defendant repeatedly left residential drug treatment programs required as part of his supervised release prior to completing the programs and without notifying the Probation Office that he was leaving. Further, the record indicates that on August 11, 2024, the defendant was arrested by state law enforcement for illegally possessing a firearm and ammunition.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  January 26, 2026

_____
HONORABLE SALLIE KIM
United States Magistrate Judge

DETENTION ORDER                     2
20-CR-00312 SI (SK)